# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2314.  WILHY HARPO v. THE STATE.**

Wilhy Harpo pled guilty to disorderly conduct on February 27, 2019.  His appeal was docketed on June 24, 2019.  It appearing that the appellant's brief and enumerations of error were due on July 15, 2019, and it further appearing that said brief and enumerations of error were not filed timely, appellant's appeal is hereby DISMISSED pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*